UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MIKHAIL TOMILOV,<br><br>Petitioner,<br><br>-v-<br><br>DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT and SECRETARY OF DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | : | 26 Civ. 8990 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On October 10, 2026, Petitioner Mikhail Tomilov filed a petition for a writ of habeas corpus by his next friend, Ekaterina Chernousova, who is proceeding *pro se*. Dkt. 1 (the "Petition"). By November 23, 2026, Respondents shall respond to the Petition. Respondents should explain whether (i) Mr. Tomilov was in this District when he filed his petition; (ii) Mr. Tomilov is still in custody; and (iii) if so, they will be holding a bond hearing. If necessary, Petitioner may file a reply to Respondents' response by December 4, 2026. The Court directs the Clerk of Court to mail copies of this order to Petitioner at Delaney Hall, 451 Doremus Avenue, Newark, NJ 07105, File Number 216745677, and at 26 Federal Plaza, New York, NY 10278, File Number 216745677.

SO ORDERED.

Dated: November 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge